July 8, 08

RE: ROBERT SCOFIELD petitioner
Civil No. 08-0946 JM (LSP)

FILED NUNC PRO TUNC ①
2008 JUL 25 PM 2:59   JUL 14 2008
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I FILED A PETITION 08-0946 JM (LSP) IN JUNE I RECIEVED WRONG INFORMATION AT OUR LAW LIBRARY HERE AT CALIPATRIA STATE PRISON AND SHOULD NOT HAVE PROCEEDED TO FEDERAL COURT! MY NEXT STEP TOWARDS MY REMEDY WAS TO FILE A PETITION TO THE IMPEREAL VALLEY COURT OF APPEALS AFTER MY WRIT/PETITION WAS DENIED HERE IN STATE COURT, YOU "THE OFFICE CLERK OF THE COURT" SENT ME AN ORDER TO DISMISS WITH LEAVE TO AMMEND FOR FAILURE TO SATISFY THE FILING FEE REQUIREMENT, FAILURE TO NAME PROPER RESPONDENT, + FAILURE TO ALLEGE EXHUASTION OF STATE REMEDIES.

I CAN AMMEND THE FILING FEE/+ ALSO PROPER RESPONDENT, BUT I CAN NOT EXHUAST STATE REMEDIES BEFORE THE AUGUST 8, 2008 DEADLINE. HERE AT THE PRISON I AM HOUSED IN ADMINISTRATIVE SEGREGATION SO IT'S RARE THAT I SEE THE LAW LIBRARY AT ALL.

I NEED TO KNOW IF I CAN WITHDRAW MY PETITION CIVIL NO. 08-0946 JM (LSP) UNTIL I CAN EXHUAST MY STATE REMEDIES?

②

IT WILL SERVE NO PURPOSE TO PROCEDE WITH THE PETITION IN YOUR FEDERAL COURT AT THIS TIME AS THE PETITION WOULD SURELY BE DENIED FOR THE REASONS I'VE MENTIONED.

IF YOU CAN LET ME KNOW IF I CAN GET A SUFFICIENT TIME EXTENSION TO AMMEND THIS OR IF I JUST HAVE TO WITHDRAW MY PETITION I WOULD BE EXTREMELY grateful! MY APOLOGIES FOR ANY OF THE COURTS TIME I'VE WASTED!

Respectfully

Robert Scofield

Scofield Robert P-14570
AD-SEG-UNIT H-POD.199
Box 5002
CALIPATRIA, CA. 92233