```
                              FILED
                         2008 JUL 25 PM 2: 59
                         CLERK US DISTRICT COURT
                       SOUTHERN DISTRICT OF CALIFORNIA

                       BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOFIELD,<br><br>           Petitioner,<br>vs.<br><br>CALIPATRIA STATE PRISON,<br><br>           Respondent. | CASE NO. 08cv0946 JM(LSP)<br><br>ORDER GRANTING MOTION TO VOLUNTARILY DISMISS PETITION PENDING EXHAUSTION OF STATE REMEDIES |

On or about July 14, 2008 the court received from Petitioner a motion, in the form of a letter, requesting additional time to file an amended petition to allege exhaustion of available state remedies or, alternatively, the voluntary dismissal of the Petition for Writ of Habeas Corpus ("Petition"). On June 4, 2008 this court denied the Petition without prejudice on the ground, among other things, that Petitioner had failed to pay the $5 filing fee or file a motion for leave to proceed in forma pauperis. The court enclosed with the order of dismissal blank forms for proceeding in forma pauperis and to file an amended Petition. The court also informed Petitioner of AEDPA's one year statute of limitations, see 28 U.S.C. §2241(d)(1), and that Rule 4 of the Rules Governing Section 2254 Cases requires the summary dismissal of petitions that show that a petitioner is not entitled to any relief, including the failure to exhaust available state remedies. The motion also requests legal advise on whether he can obtain "a sufficient time extension to amend this (Petition) or if I just have to withdraw

1  my petition." (Motion at p.2). Petitioner is informed that the court cannot provide any
2  legal advice concerning any future course of action.
3      The court treats the present motion as one for voluntary dismissal of the Petition.
4  In the event that Petitioner <u>does not</u> want to voluntarily dismiss the Petition, Petitioner
5  is instructed to file a motion within 30 days of entry of this order and to identify the
6  relief requested.
7      In sum, the court grants Petitioner's motion to voluntarily dismiss the Petition
8  without prejudice.
9      **IT IS SO ORDERED.**
10 DATED: _____7/25_____, 2008

JEFFREY T. MILLER
United States District Judge

13 cc:   All parties